UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

FEDERAL INSURANCE COMPANY,

    *Interpleader Plaintiff,*

v.

PIXARBIO CORPORATION, FRANCIS
REYNOLDS, KENNETH STROMSLAND, THE
MINTZ FRAADE LAW FIRM P.C., BALLARD
SPAHR, LLP, CARTER, LEDYARD &
MILBURN LLP, CONRAD O'BRIEN P.C.,
OBERMAYER, REBMANN, MAXWELL &
HIPPEL LLP, and EVIDOX, LLC

    *Interpleader Defendants.*
------------------------------------- x

MEMORANDUM DECISION AND
ORDER

20 Civ. 4659 (GBD)



GEORGE B. DANIELS, District Judge:

On October 22, 2020, Xcellence, Inc. (d/b/a Xact Data Discovery) ("Xact") moved to intervene in the above captioned action and be substituted as Interpleader Defendant for Evidox, LLC on the basis that Evidox's interest in the action had been transferred to Xact. Xact's unopposed motion to intervene and for substitution is GRANTED.

Dated: New York, New York
       December 7, 2020.

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge