# LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

| IRVINE OFFICE | | LOS ANGELES OFFICE |
|---|---|---|
| 2505 MCCABE WAY, SUITE 100 | (212) 972-1000 | 800 WILSHIRE BOULEVARD, SUITE 1550 |
| IRVINE, CALIFORNIA 92614 | FACSIMILE: (212) 972-1030 | LOS ANGELES, CALIFORNIA 90017 |

www.LondonFischer.com

December 3, 2020

VIA ECF

**SO ORDERED**
The December 10, 2020 initial conference is adjourned to February 11, 2021 at 9:30 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

Dated: DEC 0 7 2020

Hon. George B. Daniels
United States District Court
Southern District of New York U.S. Courthouse
500 Pearl Street, Room 1310
New York, New York 1000

Re: *Federal Insurance Company v. Pixarbio Corporation, et al.*
Docket Number: 1:20-cv-04659-GBD
LF File No.: 430.0567240

Dear Judge Daniels:

Our firm represents plaintiff Federal Insurance Company ("Federal") in the above-referenced matter. We write on behalf of all parties regarding the pretrial conference currently scheduled for December 10, 2020.

This is an interpleader action in which Federal seeks to deposit the remaining proceeds of its insurance policy with the Court due to competing claims by the interpleader defendants. There is a motion to intervene by Xcellence, Inc. d/b/a Xact Data Discovery currently pending.

We understand that due to the ongoing coronavirus pandemic, pretrial conferences are being held to address any specific issues the parties may have. At this time, the parties do not have any specific issues they wish to raise with the Court.

Based on the foregoing, we respectfully request that the Court adjourn the conference.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

LONDON FISCHER LLP

*Maria Jorgelina Foglietta*

Maria Jorgelina Foglietta

{N1793534.1}