# LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

IRVINE OFFICE
2505 MCCABE WAY, SUITE 100
IRVINE, CALIFORNIA 92614

(212) 972-1000
FACSIMILE: (212) 972-1030
www.LondonFischer.com

LOS ANGELES OFFICE
800 WILSHIRE BOULEVARD, SUITE 1550
LOS ANGELES, CALIFORNIA 90017

February 8, 2021

VIA ECF

Hon. George B. Daniels
United States District Court
Southern District of New York U.S. Courthouse
500 Pearl Street, Room 1310
New York, New York 1000

> FEB 10 2021
>
> The February 11, 2021 initial conference is adjourned to April 1, 2021 at 9:30 a.m.
>
> *George B. Daniels*
> HON. GEORGE B. DANIELS
>
> SO ORDERED

Re: *Federal Insurance Company v. Pixarbio Corporation, et al.*
Docket Number:   1:20-cv-04659-GBD
LF File No.:   430.0567240

Dear Judge Daniels:

Our firm represents plaintiff Federal Insurance Company ("Federal") in the above-referenced matter. We write on behalf of all parties regarding the pretrial conference currently scheduled for February 11, 2021.

This is an interpleader action in which Federal seeks, among other things, to deposit the remaining proceeds of its insurance policy with the Court due to competing claims by the interpleader defendants.

We understand that due to the ongoing coronavirus pandemic, pretrial conferences are mainly being held to address any specific issues the parties may have. At this time, the parties do not have any specific issues they wish to raise with the Court.

The parties attach a proposed scheduling order. The dates in the scheduling order reflect various circumstances in this action. The Court adjourned the scheduling conferences previously scheduled for October 10, 2020, and December 10, 2020, and a scheduling order was never issued in this action. Furthermore, the Court recently granted the motion of Xcellence, Inc., d/b/a Xact Data Discovery to intervene and substitute for Intervenor Defendant Evidox LLC. There was also recently a change in counsel for defendant Obermayer.

Based on the foregoing, we respectfully request that the Court adjourn the conference, and adopt the proposed scheduling order attached hereto. The undersigned reached out to counsel for Defendants Obermayer Rebmann Maxwell & Hippel, LLP and Ballard Spahr LLP, PA on February 4, 5, and 8, 2021 in order to get their consent on a form of order, but we were unable to get a response.

{N1833158.1}

Hon. George B. Daniels
February 8, 2021
Page 2

Additionally, we wish to advise the Court that there is an appeal pending before the New York State Court, Appellate Division, First Department in the related action commenced by interpleader defendant Mintz Fraade against Federal. This appeal will be heard in the April 2021 Term.

We thank the Court for its time and attention to this matter.

                              Respectfully submitted,

                              LONDON FISCHER LLP

                              *Maria Jorgelina Foglietta*
                              Maria Jorgelina Foglietta