# LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

DATE FILED: MAR 31 2021

| IRVINE OFFICE | | LOS ANGELES OFFICE |
|---|---|---|
| 2505 MCCABE WAY, SUITE 100 | (212) 972-1000 | 800 WILSHIRE BOULEVARD, SUITE 1550 |
| IRVINE, CALIFORNIA 92614 | FACSIMILE: (212) 972-1030 | LOS ANGELES, CALIFORNIA 90017 |

www.LondonFischer.com

March 30, 2021

VIA ECF

SO ORDERED

Hon. George B. Daniels
United States District Court
Southern District of New York U.S. Courthouse
500 Pearl Street, Room 1310
New York, New York 1000

The initial pretrial conference is cancelled.

MAR 3 1 2021  *George B. Daniels*
HON.

Re:  *Federal Insurance Company v. Pixarbio Corporation, et al.*
Docket Number:  1:20-cv-04659-GBD
LF File No.:  430.0567240

Dear Judge Daniels:

Our firm represents plaintiff Federal Insurance Company ("Federal") in the above-referenced matter. We write on behalf of all parties regarding the initial pretrial conference currently scheduled for April 1, 2021.

This is an interpleader action in which Federal seeks, among other things, to deposit the remaining proceeds of its insurance policy with the Court due to competing claims by the interpleader defendants. On February 11, 2021, the Court entered a Case Management Plan and Scheduling Order [Dkt. 48]. There are no discovery disputes for the Court's attention at this time.

Based on the foregoing, we respectfully request that the Court cancel the initial pretrial conference scheduled for April 1, 2021.

The Court is also advised that the appeal pending before the Supreme Court of the State of New York, Appellate Division, First Department in a related action previously commenced by interpleader defendant Mintz Fraade against Federal is calendared for April 7, 2021.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

LONDON FISCHER LLP

*Maria Jorgelina Foglietta*
Maria Jorgelina Foglietta

{N1864690.2}