**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FEDERAL INSURANCE COMPANY,

               *Interpleader Plaintiff,*

               v.

PIXARBIO CORPORATION, FRANCIS
REYNOLDS, KENNETH STROMSLAND, THE
MINTZ FRAADE LAW FIRM P.C., BALLARD
SPAHR, LLP, CARTER, LEDYARD &
MILBURN LLP, CONRAD O'BRIEN P.C.,
OBERMAYER, REBMANN, MAXWELL &
HIPPEL LLP, and EVIDOX, LLC

               *Interpleader Defendants.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>ORDER</u>

20 Civ. 4659 (GBD)

GEORGE B. DANIELS, District Judge:

The request of Interpleader Defendants Ballard Spahr and Obermeyer, Rebmann, Maxwell, & Hippel, LLP and Interpleader Plaintiff Federal Insurance Company (the "Responding Parties") to change the deadline for service of dispositive motions to July 19, 2021 is GRANTED. All other relief requested by the Responding Parties in their May 27, 2021 letter, (ECF No. 54), is DENIED.

Dated: New York, New York
      June 1, 2021

                        SO ORDERED

                        *George B. Daniels*

                        GEORGE B. DANIELS
                        United States District Judge