**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

FEDERAL INSURANCE COMPANY,

          *Interpleader Plaintiff,*

v.

PIXARBIO CORPORATION, FRANCIS REYNOLDS, KENNETH STROMSLAND, THE MINTZ FRAADE LAW FIRM P.C., BALLARD SPAHR, LLP, CARTER, LEDYARD & MILBURN LLP, CONRAD O'BRIEN P.C., OBERMAYER, REBMANN, MAXWELL & HIPPEL LLP, and EVIDOX, LLC

          *Interpleader Defendants.*

------------------------------------- x

ORDER

20 Civ. 4659 (GBD)

GEORGE B. DANIELS, District Judge:

On June 1, 2021, this Court granted the request of Interpleader Defendants Ballard Spahr and Obermeyer, Rebmann, Maxwell, & Hippel, LLP and Interpleader Plaintiff Federal Insurance Company (the "Responding Parties") to change the deadline for service of dispositive motions to July 19, 2021. The parties shall meet and confer regarding an updated proposed case management plan and select new dates for a final pretrial conference and trial.

The status conference is adjourned from June 24, 2021 to August 25, 2021 at 9:30 a.m.

Dated: New York, New York
      June 21, 2021

SO ORDERED

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge