UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

FEDERAL INSURANCE COMPANY,

        *Interpleader Plaintiff,*

v.

PIXARBIO CORPORATION, FRANCIS
REYNOLDS, KENNETH STROMSLAND, THE
MINTZ FRAADE LAW FIRM P.C., BALLARD
SPAHR, LLP, CARTER, LEDYARD &
MILBURN LLP, CONRAD O'BRIEN P.C.,
OBERMAYER, REBMANN, MAXWELL &
HIPPEL LLP, and EVIDOX, LLC

        *Interpleader Defendants.*
------------------------------------X

ORDER

20 Civ. 4659 (GBD)

GEORGE B. DANIELS, District Judge:

    The status conference scheduled for October 19, 2021 is cancelled. The Court will hear argument on Interpleaders Motions for Summary Judgment on December 2, 2021 at 10:00 a.m.

Dated: October 13, 2021
      New York, New York

OCT 1 8 2021

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE