**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

FEDERAL INSURANCE COMPANY,

        *Interpleader Plaintiff*,

v.

PIXARBIO CORPORATION, FRANCIS
REYNOLDS, KENNETH STROMSLAND, THE
MINTZ FRAADE LAW FIRM P.C., BALLARD
SPAHR, LLP, CARTER, LEDYARD &
MILBURN LLP, CONRAD O'BRIEN P.C.,
OBERMAYER, REBMANN, MAXWELL &
HIPPEL LLP, and EVIDOX, LLC

        *Interpleader Defendants*.

------------------------------------- X

ORDER

20 Civ. 4659 (GBD)

DEC 0 6 2021

GEORGE B. DANIELS, District Judge:

Given the pending summary judgment motions, the December 8, 2021 pretrial conference is adjourned until February 8, 2022 at 10:00 a.m.

Dated: December 06, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE