UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL INSURANCE COMPANY,

        *Interpleader Plaintiff,*

v.

PIXARBIO CORPORATION, FRANCIS REYNOLDS, KENNETH STROMSLAND, THE MINTZ FRAADE LAW FIRM P.C., BALLARD SPAHR, LLP, CARTER, LED YARD & MILBURN LLP, CONRAD O'BRIEN P.C., OBERMAYER, REBMANN, MAXWELL & HIPPEL LLP and EVIDOX, LLC

        *Interpleader Defendants.*

CASE No. 1:20-cv-04659

---

## ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the court, Interpleader Defendant Conrad O'Brien PC substitutes Robert Feltoon of the law firm of Conrad O'Brien PC in the place of David Lukmire of the law firm of Conrad O'Brien PC. Contact information for new counsel is as follows:

    Robert Feltoon
    CONRAD O'BRIEN PC
    1500 Market Street, Suite 3900
    Philadelphia, PA 19102
    215.864.8064
    rfeltoon@conradobrien.com

I consent to the above substitution.

Date:  January 30, 2023          s/ Robert Feltoon

                                              Robert Feltoon
                                              CONRAD O'BRIEN PC

I consent to the above substitution.

Date:  January 30, 2023          s/ David Lukmire

                                              David Lukmire
                                              CONRAD O'BRIEN PC

The substitution of attorney is hereby approved and SO ORDERED.

Date:  **JAN 3 1 2023**          *George B. Daniels* (signature)

                                              Hon. George B. Daniels
                                              United States District Judge